**WO**                                                                                          JKM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enrique Puentes Ibarra, | No. CV 12-2704-PHX-GMS (MHB) |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| vs. | |
| Katrina Kane, | |
| Respondent. | |

Petitioner Enrique Puentes Ibarra (A024-341-618) has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 seeking his immediate release from custody on the grounds that his detention without bond is unlawful. A review of the online Detainee Locator, https://locator.ice.gov/odls/homePage.do, indicates that he is no longer in Immigration and Customs Enforcement custody. A habeas corpus "petitioner's release from detention under an order of supervision 'moots his challenge to the legality of his extended detention.'" Abdala v. INS, 488 F.3d 1061, 1064 (9th Cir. 2007) (quoting Riley v. INS, 310 F.3d 1253, 1256-57 (10th Cir. 2002). Similarly, a habeas corpus petition filed by a petitioner who "challenge[s] only the length of his detention, as distinguished from the lawfulness of the deportation order, . . . . [is] rendered moot by his removal." Id. at 1062. Accordingly, Petitioner will be required to show good cause why this action should not be dismissed as moot.

////

**JDDL**

1 **IT IS ORDERED** that **within 14 days** from the date this Order is filed Petitioner must file a response to this Order showing good cause why this action should not be dismissed as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court must enter a judgment of dismissal of this action as moot without further order of the Court if a response to this Order is not filed **within 14 days** from the date this Order is filed.

DATED this 15th day of January, 2013.

*A. Murray Snow*
G. Murray Snow
United States District Judge

**JDDL**

- 2 -